■ KIRSTAN I. BURKE, Appellant-Respondent, v THOMAS C. BURKE, Respondent-Appellant.—Judgment unanimously affirmed without costs for reasons stated in the decision at

Supreme Court, Cornelius, J. (Appeals from judgment of Supreme Court, Monroe County, Cornelius, J.—divorce.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.